UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOE MENDEZ, et al<br><br>Plaintiff(s)<br>v.<br>FORD MOTOR COMPANY<br>Defendant(s) | CASE No.   4:23-cv-04220-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Private Mediation with mediator Grant Woodruff

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline:  120 days

Date: 11/28/2023            Allen Amarkarian; Quill & Arrow
                            Attorney for Plaintiff

Date: 11/28/2023            Trina M. Clayton; Gordon Rees Scully Mansuk
                            Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  11/29/2023                    *Haywood S. Gilliam Jr.*
                                     U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*