UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOE MENDEZ, an individual, and CRISTIAN MENDEZ TABARES, an individual,<br><br>Plaintiffs,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 4:23-cv-04220-HSG<br>*Assigned to District Judge: Haywood S. Gilliam, Jr.*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, with the Court retaining jurisdiction over the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: 5/7/2024          By: _____
                             Hon. Haywood S. Gilliam, Jr.
                             United States District Judge